**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MARY VAUGHAN, | ) |
| | ) |
| Plaintiff, | ) Case No.: 16-CV-8869 |
| | ) |
| v. | ) JUDGE JOAN H. LEFKOW |
| | ) |
| CLARK MANOR CONVALESCENT CENTER, INC., | ) MAGISTRATE M. DAVID WEISMAN |
| | ) |
| Defendant. | ) |

**JOINT STIPULATION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 41, it is hereby stipulated and agreed upon by Plaintiff Mary Vaughan, and Defendant Clark Manor Convalescent Center, Inc. that this action be dismissed with prejudice and that each party bear their own respective costs and attorney's fees pursuant to settlement between the parties.

Respectfully submitted,

s/Jonathan R. Ksiazek
Jonathan R. Ksiazek
Ed Fox & Associates, Ltd.
Attorney for Plaintiff
300 West Adams Street, Suite 330
Chicago, IL 60606

s/ John J. Lydon
John J. Lydon
Gomberg, Sharfman, Gold & Ostler, P.C.
Attorney for Defendant
208 S. LaSalle Street, Suite 1410
Chicago, Illinois 60604

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MARY VAUGHAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 16-CV-8869 |
| | ) | |
| v. | ) | JUDGE JOAN H. LEFKOW |
| | ) | |
| CLARK MANOR CONVALESCENT CENTER, INC., | ) ) | MAGISTRATE M. DAVID WEISMAN |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

To: John J. Lydon
Gomberg, Sharfman, Gold & Ostler, P.C.
208 S. LaSalle Street, Suite 1410
Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on April 10, 2017, the undersigned filed with the Clerk of this Court, **JOINT STIPULATION TO DISMISS**, service of which is being made upon you.

s/Jonathan R. Ksiazek
Jonathan R. Ksiazek
ED FOX & ASSOCIATES, LTD.
300 West Adams, Suite 330
Chicago, IL 60606
(312) 345-8877

### PROOF OF SERVICE

I, Jonathan R. Ksiazek, an attorney, under penalty of perjury, and state that on April 10, 2017, service is being made in accordance with the General Order on Electronic Case Filing section XI.

s/Jonathan R. Ksiazek
Jonathan R. Ksiazek

2