**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Mary Vaughan

             Plaintiff,

v.                  Case No.: 1:16–cv–08869
                  Honorable Joan H. Lefkow

Clark Manor Convalescent Center, Inc.

             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 11, 2017:

  MINUTE entry before the Honorable Joan H. Lefkow:Status hearing stricken. Pursuant to Joint Stipulation to Dismiss [19] case dismissed with prejudice and with each party to bear their own respective costs and attorney's fees pursuant to settlement between the parties. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.